In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-254 CV


____________________



VIRGINIA PELT, Appellant



V.



PARK CENTRAL RECREATION, INC., Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 92451






MEMORANDUM OPINION (1)


 Virginia Pelt, appellant, filed a motion to dismiss this appeal. The Court finds that
this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. 
 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM

Opinion Delivered October 21, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.